IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT FLINT

Chapter 13 Proceeding

In the Matter Of:
DAZARINE MARTIN

Case No.: 06-30124-DOF
Judge: DANIEL S. OPPERMAN

Debtors(s)

_____/

## Notice Of Chapter 13 Trustee's Motion To Dismiss For Failure To Make Plan Payments

The Chapter 13 Trustee has filed papers with the Court to dismiss this case for failure to make plan payments. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case . (If you do not have an attorney you may wish to consult one.)

If you do not want the **Court to DISMISS THIS CHAPTER 13 CASE** or if you want the Court to consider your views on the motion **within 14 days** you or your attorney must:

1. **File with the Court a written response or an answer explaining your position at:**[1]

United States Bankruptcy Court
226 West Second Street
Flint, MI 48502

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**You must also mail a copy to:**
Carl L. Bekofske
Standing Chapter 13 Trustee
510 W. Court St.
Flint, MI 48503

2. **If a response or answer is timely filed and served, the court will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 1/29/2010

/s/ Carl L. Bekofske
Carl L. Bekofske
Standing Chapter 13 Trustee
510 W. Court St.
Flint, MI 48503
(810) 238-4675
ECF@flint13.com
P-10645

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c), and (e)

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION AT FLINT**

Chapter 13 Proceeding

In the Matter Of:
DAZARINE MARTIN

Case No.: 06-30124-DOF
Judge: DANIEL S. OPPERMAN

Debtors(s)
_____/

## Motion To Dismiss

The Standing Chapter 13 Trustee moves to DISMISS this Chapter 13 matter for the following reasons:

1. This chapter 13 matter was filed on January 26, 2006.

2. The Debtor(s) have failed to make regular payments as required by 11 U.S.C. Section 1326.

3. A default in payments has occurred, partial payments have been received but payments are delinquent; the last payment was recieved on 10/20/2009.

4. In response to this motion the Trustee requests the Debtor reply to the following:
    a. Reason for the default in payments.
    b. How the delinquency will be corrected.
    c. When the delinquency will be correct.

Wherefore, the Chapter 13 Trustee asks this Honorable Court to dismiss this matter and asks that the Trustee be allowed a reasonable time period to submit a final report of receipts and disbursements in this matter, and asks for further relief deemed just by this Court.

Date: 1/29/2010

/s/ Carl L. Bekofske
Carl L. Bekofske
Standing Chapter 13 Trustee
510 W. Court St.
Flint, MI 48503
(810) 238-4675
ECF@flint13.com
P-10645

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT FLINT**

In the Matter Of:
DAZARINE MARTIN

Debtors(s)

_____/

Chapter 13 Proceeding

Case No.: 06-30124-DOF
Judge: DANIEL S. OPPERMAN

**Order On Trustee's Motion To Dismiss**

On the motion of the Trustee and the parties having been served and no response having been received on the Trustee's Motion to Dismiss, and the Court being advised:

IT IS HEREBY ORDERED that this Chapter 13 matter shall be and hereby is dismissed.

**"Proposed Order"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION AT FLINT**

Chapter 13 Proceeding

In the Matter Of:
DAZARINE MARTIN

Case No.: 06-30124-DOF
Judge: DANIEL S. OPPERMAN

Debtors(s)
_____/

**Certificate of Service**

I hereby certify that on 1/29/2010 I electronically filed the Chapter 13 Trustee's Motion to Dismiss For Failure to Make Plan Payments with the Clerk of the Court using the ECF system.

/s/ DRENCY DUDLEY
510 W. Court St.
Flint, MI 48503
(810) 238-4675
ECF@flint13.com

I hereby certify that on 1/29/2010, I have served either electronically or by depositing with the United States Postal Service the Paper(s) to the following:

DAZARINE MARTIN
2806 WOLCOTT ST
FLINT, MI 48504

HENRY J SEFCOVIC, Attorney for Debtor

/s/ DRENCY DUDLEY
510 W. Court St.
Flint, MI 48503
(810) 238-4675
ECF@flint13.com