**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

IN RE:                                           CHAPTER 13
Dazarine Martin,                            CASE NO: 06-30124
                                                                JUDGE: Daniel S. Opperman

                 **Debtor**
_____/

## STIPULATION TO ADJOURN THE TRUSTEE'S MOTION TO DISMISS

     The parties hereto agree to the entry of the Adjournment Order to the Trustee's Motion to Dismiss hearing to April 13, 2010 at 9:00 a.m.


/s/ Carl L. Bekofske
Chapter 13 Standing Trustee
510 W. Court Street
Flint MI 48503
(810) 238-4675
ECF@Flint13.com
P10645


/s/ M. Melissa Digiamberdine
Attorney for Debtor
Attorney Sefcovic PC
306 5th St Ste 308
Bay City, MI 48708
(989) 892-1200
Melissa@hank4help.com
P68198

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:  
Dazarine Martin,

CHAPTER 13  
CASE NO: 06-30124  
JUDGE: Daniel S. Opperman

**Debtor**

_____/

## ORDER ADJOURNING TRUSTEE'S MOTION TO DISMISS

This matter being set for hearing on March 16, 2010 and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

IT IS HEREBY ORDERED the above referenced matter is adjourned to **April 13, 2010** at 9:00 a.m.

IT IS FURTHER ORDERED in the event that the Debtor fails to make any future Chapter 13 Plan payments, the Trustee may submit a notice of default, served upon the debtor and the debtor's counsel permitting 14 days to cure any and all defaults. If the debtor fails to cure the defaults after notice, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court with an affidavit attesting to the failure to cure the defaults. This may result in the DISMISSAL of this Chapter 13 case WITHOUT further hearing or notice.