UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:   DAZARINE MARTIN,                    CHAPTER: 13
                                              FILE NO.:06-30124
                                              HON. DANIEL OPPERMAN

        Debtor.
_____/
ATTORNEY SEFCOVIC, P.C.
Henry J. Sefcovic P24882
306 Fifth St. Suite 308
Bay City, MI 48708
(989) 892-1200
Sefcovic2002@yahoo.com
_____/

## ORDER ALLOWING HARDSHIP DISCHARGE

      Upon consideration of the Motion For Hardship Discharge filed by Henry J. Sefcovic, Attorney for the above named Debtor herein, and upon a hearing on said Motion, and the court being fully advised in the premises,

      IT IS HEREBY ORDERED that Debtors Counsel request this Honorable Court enter an order granting a hardship discharge pursuant to 11 U.S.C. 11 Section 1328(b) for the reason stated above.

      IT IS FURTHER ORDERED that the mortgage owed to Mortgage Electronic Registration Systems Inc., as Nominee for Lender and Lender Successors and/or assigns wit U.S. Bank N.A. as servicer for Lender is not deemed current upon granting Discharge.

.

**Signed on March 25, 2010**

                                          _____ _/s/ Daniel S. Opperman_   __

                                          **Daniel S. Opperman**

United States Bankruptcy Judge